UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,	**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

-against-

William Vogel	7:21-mj-00989

Defendant(s).
-----------------------------------------------------------------X

Defendant William Vogel hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒   Initial Appearance Before a Judicial Officer

☐   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐   Guilty Plea/Change of Plea Hearing

☐   Bail/Detention Hearing

☐   Conference Before a Judicial Officer - Assignment of Counsel


_William Vogel by Susanne Brody_	_Susanne Brody_
Defendant's Signature	Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

William Vogel	Susanne Brody
Print Defendant's Name	Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

Jan 26, 2021
Date	U.S. District Judge/U.S. Magistrate Judge
	Southern District of New York